IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE MORE,

    Plaintiff,

v.

SHERIFF JOHN SPEARS, DEPARTMENT FOR VERNON COUNTY, WISCONSIN, DEPUTY BRADLEY STUBER, VERNON COUNTY SHERIFF'S DEPARTMENT, OFFICER WINCH, VILLAGE OF READSTOWN POLICE DEPARTMENT, WISCONSIN, DR. ANTHONY MACASAET, M.D., and VERNON MEMORIAL HEALTHCARE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-686-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this for lack of subject matter jurisdiction.

/s/                                                                                   7/11/2018

Peter Oppeneer, Clerk of Court                                 Date